## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| In re: | Jointly Administered Under<br>BKY No.: 17-41577<br>Small Business Case Under Chapter 11 |
| **Professional Resource Network, Inc.,** | **BKY No.: 17-41577** |
| **HomeCare Resource, LLC,** | **BKY No.: 17-41578** |
| **Debtors.** | |

### APPLICATION FOR CONDITIONAL
### APPROVAL OF JOINT DISCLOSURE STATEMENT

Comes now Professional Resource Network, Inc. and HomeCare Resource, LLC (hereinafter the "Debtors") through their counsel, submit the following Application:

1. Professional Resource Network, Inc. is the Debtor in this case and is acting as a Debtor-In-Possession. Its case was originally filed on May 25, 2017.

2. HomeCare Resource, LLC is the Debtor in this case and is acting as a Debtor-In-Possession. Its case was originally filed on May 25, 2017.

3. An Order Directing Joint Administration of these cases was entered by the Court on July 26, 2017 (Doc. No. 31-HCR) and (Doc. No. 38-PRN).

4. This Application is submitted pursuant to 11 U.S.C. §1121(e) and Bankruptcy Rules of Procedure 3016, 3017, 3017.1 and Local Rule 3017-1.1.

5. On March 20, 2018, the Debtors filed a Joint Plan of Reorganization and a Joint Disclosure Statement. Pursuant to Local Bankruptcy Rule 3017-1.1, the Debtors seek an Order conditionally approving its Joint Disclosure Statement and fixing a time within which:

    A. Creditors may vote to accept or reject the Debtors' Joint Plan;

  B. Fixing a time for filing objections to the Joint Disclosure Statement;

  C. Fixing a date for a hearing on final approval of the Joint Disclosure Statement; and

  D. Fixing a date for hearing on confirmation of the Debtors' Joint Plan.

6. The Debtors have, prior to filing the Joint Plan of Reorganization and Joint Disclosure Statement, submitted the Joint Plan of Reorganization and Joint Disclosure Statement to the U.S. Trustee's Office for comments. The U.S. Trustee's Office has made several comments and requests for changes. The Debtors have made changes to its Joint Plan of Reorganization and Joint Disclosure Statement to address the comments received from the U.S. Trustee's Office.

**WHEREFORE**, the Debtors request an Order of the Court for the following:

1. Conditionally Approving its Joint Disclosure Statement; and
2. Fixing a time within which Creditors may vote to accept or reject the Debtors' Joint Plan;
3. Fixing a time for filing objections to the Joint Disclosure Statement or the Joint Plan;
4. Fixing a date for a hearing on final approval of the Joint Disclosure Statement; and
5. Fixing a date for hearing on confirmation of the Debtors' Joint Plan.

                **STEVEN B. NOSEK, P.A.**

Dated: March 20, 2018.      By: /e/ Steven B. Nosek
                Steven B. Nosek, #79960
                Yvonne R. Doose, #397066
                2855 Anthony Lane South, #201
                St. Anthony, MN 55418
                Phone:(612) 335-9171
                Fax: (612) 789-2109
                snosek@noseklawfirm.com
                ydoose@noseklawfirm.com

                **ATTORNEYS FOR DEBTORS**