**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| **In re:** | Jointly Administered Under |
| | BKY No.: 17-41577 |
| | Small Business Case Under Chapter 11 |
| **Professional Resource Network, Inc.,** | BKY No.: 17-41577 |
| **HomeCare Resource, LLC,** | BKY No.: 17-41578 |
|     **Debtors.** | |

---

### CERTIFICATE OF SERVICE

---

I hereby certify that on May16, 2018, I caused a copy of the following documents:

1. Service Letter to All Creditors of Professional Resource Network, Inc. and HomeCare Resource, LLC dated May 16, 2018;
2. Ballot for Accepting or Rejecting Joint Second Amended Plan of Reorganization;
3. Debtors' Amended Joint Disclosure Statement; and
4. Debtors' Second Amended Joint Plan of Reorganization.

to be mailed, by US Mail, postage paid, to the recipients on the attached Service List:

**STEVEN B. NOSEK, P.A.**

Dated this 16th day of May, 2018.    /e/ Steven B. Nosek
    Steven B. Nosek, #79960
    Yvonne R. Doose, #397066
    2855 Anthony Lane South, Suite 201
    St. Anthony, MN 55418
    (612) 335-9171
    snosek@noseklawfirm.com
    ydoose@noseklawfirm.com
    **ATTORNEYS FOR DEBTORS**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0864-4<br>Case 17-41577<br>District of Minnesota<br>Minneapolis<br>Wed May 16 07:42:23 CDT 2018 | LaNel Housing Services, Inc.<br>c/o Ravich Meyer Law Firm<br>150 South Fifth Street, Suite 3450<br>Minneapolis, MN 55402-4201 | Professional Resource Network, Inc.<br>9531 W 78th St<br>Suite 230<br>Eden Prairie, MN 55344-8000 |
| Minneapolis<br>301 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 | Allied Professionals<br>PO Box 856929<br>Minneapolis MN 55485-6929 | American Heritage Life Ins<br>PO Box 650514<br>Dallas TX 75265-0514 |
| Baudville, Inc.<br>5380 52nd St SE<br>Grand Rapids MI 49512-9765 | Blue Cross Blue Shield<br>PO Box 860448<br>Minneapolis MN 55486-0448 | CARYLE REYNE KUSSARD<br>3508 35TH AVE S<br>MPLS MN 55406-2743 |
| CenturyLink<br>PO Box 91154<br>Seattle WA 98111-9254 | Consolidated Communications<br>221 E Hickory St<br>Mankato MN 56001-3610 | Cushman & Wakefield<br>PO Box 86<br>Minneapolis MN 55486-0086 |
| DEPT OF EMPLOYMENT AND<br>ECONOMIC DEVELOPMENT<br>332 MINNESOTA ST STE E200<br>ST PAUL MN 55101-1349 | Daniel Gray Leland<br>310 Fourth Avenue South Ste 5010<br>Minneapolis, MN 55415-1053 | Delta Dental<br>PO Box 1450<br>Minneapolis MN 55485-1450 |
| Eldermark Software<br>PO Box 1261<br>Jamestown ND 58402-1261 | Embroidme<br>1692 Lexington Ave<br>Roseville MN 55113-6514 | Esolutions Inc.<br>PO Box 414378<br>Kansas City MO 64141-4378 |
| HEALTHCAREfirst, Inc.<br>1343 E Kingsley Street<br>Springfield, MO 65804-7229 | Hannah K. Burns<br>3424 Garfield Ave S<br>Minneapolis MN 55408-4208 | Healthcare First<br>PO Box 202975<br>Dallas TX 75320-2975 |
| INTERNAL REVENUE SERVICE<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Impression Signs<br>680 Hale Ave N #250<br>Oakdale MN 55128-7561 | Impression Signs and Graphics Corporation<br>680 Hale Avenue North<br>Suite 250<br>Oakdale, MN 55128-7561 |
| Integrated Life Counseling<br>8931 33rd St N<br>Lake Elmo MN 55042-9209 | Intelligere<br>10000 Hwy 55 Ste 400<br>Plymouth MN 55441-6303 | J.A. Price Agency Inc.<br>6640 Shady Oak Rd Ste 500<br>Eden Prairie MN 55344-6176 |
| LANG NELSON ASSOCIATES INC.<br>4601 EXCELSIOR BLVD. SUITE 650<br>ST LOUIS PARK MN 55416-4996 | LaNel Housing Services, Inc.<br>c/o Will R. Tansey<br>Ravich Meyer Law Firm<br>150 South Fifth Street, Suite 3450<br>Minneapolis, MN 55402-5311 | Lang-Nelson<br>4601 Excelsior Blvd Ste 650<br>Minneapolis MN 55416-4996 |

| | | |
|---|---|---|
| Language Line Services Inc<br>PO Box 202564<br>Dallas TX 75320-2564 | Leading Age Minnesota<br>2550 University Ave W<br>Ste 3<br>Saint Paul MN 55114-1052 | Life Time Fitness<br>2902 Corporate Place<br>Chanhassen MN 55317-4773 |
| MCKESSON MEDICAL-SURGICAL<br>MN SUPPLY INC.<br>STEPHANIE HAMPTON<br>4345 SOUTHPOINT BLVD.<br>JACKSONVILLE FL 32216-6166 | MICHAEL JAMES FLAHERTY<br>4920 35TH AVE S<br>MINNEAPOLIS MN 55417-1508 | MN DEPT OF REVENUE<br>PO BOX 64447 BKY<br>ST PAUL MN 55164-0447 |
| MaiNhia Khang<br>393 N Dunlap St #722<br>Saint Paul MN 55104-4231 | Marvin A. Liszt<br>Bernick & Lifson<br>5500 Wayzata Blvd #1200<br>Golden Valley MN 55416-1251 | Mayly Lochungvu<br>2466 Western Avenue North<br>Roseville MN 55113-3628 |
| ~~McKesson Medical-Surgical~~<br>~~PO Box 204786~~<br>~~Dallas TX 75320-4786~~ | Medical Disposal Systems<br>4719 Park Nicollet Ave #215<br>Prior Lake MN 55372-4028 | Medline Industries Inc<br>13115 Brockton Ln N<br>Rogers MN 55374-9571 |
| Merchants Bank<br>3586 55th St NW<br>Rochester MN 55901-0126 | Merchants Bank, N.A.<br>Attn:  Todd R. Johannsen<br>102 East Third Street<br>Winona MN 55987-3416 | ~~Metro Sales Inc.~~<br>~~1620 East 78th Street~~<br>~~Minneapolis, MN 55423-4637~~ |
| Metro Sales Service<br>1620 East 78th Street<br>Minneapolis MN 55423-4637 | Midwest Center for Trauma & Emotional Healin<br>16204 Hwy 7<br>Minnetonka MN 55345-3405 | Minnesota Homecare<br>1711 W County Rd B<br>Saint Paul MN 55113-4057 |
| Mitchell J. Boos<br>PO Box 467<br>Chanhassen MN 55317-0467 | (p)MOSS AND BARNETT<br>150 SOUTH FIFTH STREET<br>SUITE 1200<br>MINNEAPOLIS MN 55402-4129 | N/A at this time<br>Hannah K. Burns<br>3424 Garfield Ave. S<br>Minneapolis, MN 55408-4208 |
| Nguyen Coung<br>6933 Hillcrest Lane<br>Edina MN 55435-1645 | OMOLOLA OSUNKOYA<br>4779 OSSEO ROAD<br>MINNEAPOLIS MN 55430-3711 | Office Depot<br>PO Box 630813<br>Cincinnati OH 45263-0813 |
| One West Water Street<br>1 West Street Ste 400<br>St Paul MN 55107 | Penn American AWG, LLC<br>310 E. Superior Street, Suite 225<br>Duluth, MN 55802-3137 | Peterson, Beyenhof<br>750 Boone Ave N<br>Minneapolis MN 55427-4465 |
| Phyllis Solon<br>720 E 33rd St<br>Minneapolis MN 55407-2067 | Pitney Bowes Inc.<br>PO Box 371986<br>Pittsburgh PA 15250-7986 | Richard J. Ruppert<br>5509 River Bluff Curve<br>Bloomington MN 55437-3620 |

Richard Ruppert
4940 Viking Dr, #425
Edina MN 55435-5300

SAGE Publications, Inc.
2455 Teller Road
Thousand Oaks, CA 91320-2234

Samuel Simmons Consulting
3033 27th Ave S
PO Box 6120
Minneapolis MN 55406-0120

Schneider Group, LLC
c/o Christopher Knapp
Barnes & Thornburg
225 South Sixth Street, Suite 2800
Minneapolis, MN 55402-4662

Shred It USA
28883 Network Place
Chicago IL 60673-1288

Shred It USA
7734 S 133rd St
Omaha NE 68138-3499

Skylight Financial
PO Box 2136
Austin TX 78768-2136

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

The Good Printer
3769 Dunlap St N
Saint Paul MN 55112-6934

Therissa A. Libby Ph.D.
1695 Edgemont Street
Maplewood MN 55117-2416

Tortolano Company LLC
194R Main St Ste 3
Amesbury MA 01913

U.S. Bank, N.A. dba U.S. Bank Equipment Fina
1310 Madrid Street
Marshall, MN 56258-4001

US Bank
1310 Madrid St Ste 101
Marshall MN 56258-4002

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Bank Equipment Lease
1310 Madrid St Ste 101
Marshall MN 56258-4002

US Trustee - Attn: Sarah Wencil
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415-3070

Valued Relationships
1400 Commerce Center Dr
Franklin OH 45005-7203

Verizon Wireless
PO Box 25505
Lehigh Valley PA 18002-5505

Wells Fargo
7900 Xerxes Avenue
Bloomington MN 55431-1143

Wells Fargo
Payment Remittance Center
PO Box 6426
Carol Stream IL 60197-6426

Wells Fargo Bank, N.A.
Business Direct Division
P.O. Box 29482
Phoenix, AZ 85038-9482

Western National
PO Box 59184
Minneapolis MN 55459-0184

Xylon Corporation
9720 Xylon Court
Minneapolis MN 55438-1648

ROBERT L CASS
ROBERT L CASS CONSULTING
8966 VICTORIA DR
EDEN PRAIRIE, MN 55347-5308

Steven B Nosek
Steven Nosek
2855 Anthony Ln S
Ste 201
St Anthony, MN 55418-2637

Yvonne R. Doose
Steven B Nosek P A
2855 Anthony Ln S
Ste 201
St Anthony, MN 55418-2637

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Will R. Tansey
Ravich Meyer Kirkman
McGrath Nauman
150 S 5th St #3450
Minneapolis MN 55402

One West Water Street, LLC
c/o James Miller Investment
Realty Company
PO Box 4897
St. Paul MN 55101

IRS District Director
Room 320 Stop 5700
30 7 Street E #1222
St Paul MN 55401

Securities & Exchange Commission
175 W Jackson Blvd #900
Chicago IL 60604

Securities & Exchange Commission
100 F St NE
Washington DC 20549

Department of Human Services
Emily Johnson Piper-Commissioner
Elmer L Anderson Human Svcs Bldg
PO Box 64998
St Paul MN 55164

UCare
500 NE Stinson Blvd
Minneapolis MN 55413

Medica
401 Carlson Pkwy
Hopkins MN 55305

HealthPartners
8170 33rd Ave S
Bloomington MN 55425

Metropolitan Health Plan
400 S 4th St
Minneapolis MN 55415

Bridgeview
425 West Superior Street
Duluth MN 55802

Preferred One
6105 Golden Hills Drive
Golden Valley MN 55416

Hennepin Health
400 S 4th St
Minneapolis MN 55415

Department of Health
Edward Ehlinger, MD, MSPH,
Commissioner
PO Box 64975
St Paul MN 55164

Humana
12600 Whitewater DR #150
Minnetonka MN 55343

Cigna HealthCare
11095 Viking Dr
Eden Prairie MN 55344

United HealthCare
9800 Health Care Lane
Minnetonka MN 55343

Centers for Medicare & Medicaid
Services
Attn: Seeman Verma-Administrator
7500 Security Blvd
Baltimore MD 21244-1850

Centers for Medicare & Medicaid
Services
Attn: Jennifer Main-CFO
7500 Security Blvd
Baltimore MD 21244-1810

Daniel Gray Leland
310 4th Avenue S, #5010
Minneapolis MN 55415

Phillip J. Ashfield
Stinson Leonard Street
50 S 6th Street #2600
Minneapolis MN 55402

Connie A. Lahn
Barnes & Thornburg LLP
225 S 6th St #2800
Minneapolis MN 55402

Christopher J. Knapp
Barnes & Thornburg LLP
225 S 6th St, #2800
Minneapolis MN 55402